UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 0 8 2024

Nathan Ochsner, Clerk of Court

AUSTIN D. BIRDOW, §
§
    Plaintiff, §
§
VS. § CIVIL ACTION NO.2:23-CV-00278
§
BRYAN COLLIER, et al., §
§
    Defendants. §

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Austin D. Birdow ("Plaintiff") proceeding pro se and informa pauperis filed this Prisoner Civil Rights Complaint against TDCJ officials for denial of his freedom of Religion, in part. Plaintiff wishes to voluntary dismiss this action and would show the following:

### I. FEDERAL RULE OF CIVIL PROCEDURE 41 (a)

Plaintiff asks the Court to dismiss his suit against defendants, as authorized by Federal Rule of Vivil Procedure 41(a)(2). A court should freely grant a motion for voluntary dismissal as long as the non-movant will not be prejudiced.

Plaintiff seeks dismissal after deliberate consideration of his claim and following a Spears hearing on December 5, 2023 with magistrate judge Jason B. Libby. The magistrate judge gave Plaintiff 30 days to consider following through with his complaint. Additionally, the magistrate judge would order any court fees suspended if Plaintiff decided to voluntary dismiss his suit within the 30 day window.

Plaintiff also requests that the dismissal be without prejudice to refiling the suit.

## II. CONCLUSION

For the reasons stated above Plaintiff asks the Court to dismiss the suit without prejudice to refiling.

Respectfully submitted,

*[signature]*

AUSTIN D. BIRDOW
TDCJ# 02099272
MCCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TEXAS 78102