Case 2:23-cv-00278   Document 12   Filed on 01/09/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AUSTIN D. BIRDOW, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00278 |
| § | |
| BRYAN COLLIER, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CASE

Plaintiff **Austin D. Birdow's (TDCJ I.D. 02099272)** motion to voluntarily dismiss this action without prejudice to refiling because he does not want to pay the filing fee (D.E. 11) is **GRANTED**. It is

**ORDERED** that this case is **DISMISSED without prejudice**. It is further

**ORDERED** that the Initial Partial Filing Fee and Collection Order entered on November 7, 2023 (D.E. 7) is **VACATED** as to any unpaid portion of the filing fee. It is further

**ORDERED** that the Texas Department of Criminal Justice will stop, or terminate, the collection of the $350.00 filing fee from **Austin D. Birdow (TDCJ I.D. 02099272)** in this action. Monies already collected will not be returned.

The Clerk of the Court shall send a copy of this Order by certified or first class mail or by other electronic means to **TDCJ Court Collections/Inmate Trust Fund, P.O. Box 629, P.O. Box 629, Huntsville, TX 77342-0629**.

The Clerk of Court is hereby **DIRECTED to CLOSE** this case.

ORDERED on January 9, 2024.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge